■ In the Matter of the Claim of JAMES HEYWARD, Respondent, v ROSE FREEDMAN, Doing Business as ROSE MILDOFF ANTIQUE SHOP, et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from decisions of the Workers' Compensation Board, filed May 6, 1977 and July 20, 1978. The board found that claimant has a permanent partial disability causally related to his earlier compensable back injury, and that the Special Fund has no liability pursuant to section 25-a of the Workers' Compensation Law. The board's decisions are supported by substantial evidence in the entire record, and, accordingly, must be affirmed. Decisions affirmed, with one bill

of costs to respondents filing briefs against the employer and its insurance carrier. Sweeney, J. P., Main, Mikoll and Herlihy, JJ., concur.